

## R. L. Polk and Company, Plaintiff-Appellee, v. Carl E. Strickler, Defendant-Appellant.

Gen. No. 10,587. 

Burl F. Nader, for appellant; Lidschin & Pucin, for appellee; Glenn K. Seidenfeld, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## People of State of Illinois, Defendant in Error, v. Victor Perrett, alias Victor Perry, Plaintiff in Error.

Gen. No. 10,517. 

Joslyn, Parker, Van Doren & Kell, for plaintiff in error; Charles S. Parker, and Vette E. Kell, of counsel; Don A. Wicks, State's Attorney of McHenry county, for defendant in

error; C. Russell Allen, Assistant State's Attorney of McHenry county, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

Peter Cieskus, Plaintiff-Appellee, v. Marie Yuvan and Wolverine Insurance Company, Defendant-Appellant.

Gen. No. 10,601.

Joseph R. Peterson, Watts C. Johnson, and Heyl, Royster & Voelker, for appellant; Joseph R. Peterson, and Clarence W. Heyl, of counsel; McNeilly & Ryan, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

Kenneth W. Anderson et al., Plaintiffs-Appellants, v. Edward W. Erickson et al., Defendants-Appellees.

Gen. No. 10,611.